IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOANNE ZANNI, *on behalf of herself and all other persons similarly situated, known and unknown*,<br><br>        Plaintiff,<br><br>    v.<br><br>FIFTH THIRD BANCORP and FIFTH THIRD BANK, NATIONAL ASSOCIATION,<br><br>        Defendants. | Case No. 1:20-cv-03407<br><br>Hon. Charles R. Norgle, Sr. |

**MOTION TO WITHDRAW DAVID L. PERMUT AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants Fifth Third Bancorp and Fifth Third Bank, National Association ("Defendants"), by and through their counsel, respectfully request that this Court grant David L. Permut leave to withdraw his appearance as an attorney of record in this matter. In support of this motion, Defendants state as follows:

1. On June 11, 2020, David L. Permut entered his appearance as an attorney of record for the Defendants.

2. Mr. Permut is retiring from the firm Goodwin Procter LLP.

3. Defendants will continue to be represented by Thomas M. Hefferon of Goodwin Procter LLP, as well as Alexander Nicholas Wright and Richik Sarkar of Dinsmore & Shohl LLP.

4. Mr. Permut's withdrawal will not cause any delay or prejudice in this matter.

WHEREFORE, Defendants respectfully request that the Court grant David L. Permut

leave to withdraw as an attorney of record in this matter.

Dated: January 28, 2021

Respectfully submitted,

FIFTH THIRD BANCORP and FIFTH THIRD BANK, NATIONAL ASSOCIATION

/s/ David L. Permut
David L. Permut, Atty. No. 463729
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Tel.: (202) 346-4000
dpermut@goodwinlaw.com

*One of the attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 28, 2021, a true and correct copy of the foregoing document was served by electronic means through the Court's CM/ECF System upon all other counsel of record in this action.

                 /s/ David L. Permut